# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Weinhaus v. Scannicchio, et al.

Case Number: 24-cv-3061

An appearance is hereby filed by the undersigned as attorney for:
Judge Regina A. Scannicchio (Defendant)

Attorney name (type or print): Elizabeth J. Andonova Mallory

Firm: Office of the Illinois Attorney General

Street address: 115 South LaSalle Street

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6323567
(See item 3 in instructions)

Telephone Number: (312) 814-4355

Email Address: E.AndonovaMallory@ilag.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/20/2024

Attorney signature: S/ Elizabeth J. Andonova Mallory
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015